August 4, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 11 2015

Abel Acosta, Clerk

The Court of Criminal Appeals
Office of the Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE:Gomez v. State, PD-0138-15
    COA no. 12-13-0050-CR
    Tr.Ct.No. 241-0529-12

Dear Clerk,
    I recently received the answer to my correspondence concerning the status of my P.D.R. The Court notified me on July 24, 2015, that my P.D.R. was Refused on 6/17/2015, however, I never received any notification from the Court. Would you please verify that the notification was properly forwarded to me here at the below enlisted address, and contact me at the same address.
Thank you for your time,


*Cesar Gomez*
Cesar Gomez
TDCJ-ID # 1839985
Eastham Unit
2665 Prison Road # 1
Lovelady, Texas 75851

cc/ file